UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BELTRAMO et al.,

                *Plaintiffs*,

         -against-                06-Civ-07151 (LAP)

THE REPUBLIC OF ARGENTINA

                *Defendant*.
-------------------------------------------------------------------x

## ORDER OF PARTIAL SATISFACTION OF JUDGMENT

WHEREAS, on January 14, 2014, the Court entered an amended final judgment, ECF No. 28, (the "Amended Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiff Roberto Fiore, among others, with respect to plaintiff's beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

WHEREAS, plaintiff has settled his claims and accordingly no longer holds any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, satisfaction of the Amended Final Judgment as to plaintiff Roberto Fiore is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket.

SO ORDERED:

_____
United States District Judge
Dated: August 17, 2022